Elizabeth H. White, OSB #204729
Email: elizabeth.white@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 228-3200

*Attorneys for Defendant Wells Fargo Bank, N. A.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNIE ANN ANDERSON,<br><br>                      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N. A. , and DOES 1 through 100 inclusive,<br><br>                      Defendants. | Case No. 3:20-cv-00738-YY<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STRIKE DEADLINES** |

## LOCAL RULE 7-1 CERTIFICATION

The undersigned certifies that counsel have conferred, and counsel for plaintiff Connie Ann Anderson does not oppose this Notice of Settlement and Unopposed Motion to Strike Deadlines.

## NOTICE AND MOTION

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") notifies the Court that it has reached a settlement-in-principle with plaintiff and respectfully moves the Court for an order to strike all

Page 1 -   NOTICE OF SETTLEMENT AND UNOPPOSED
             MOTION TO STRIKE DEADLINES

deadlines applicable to Wells Fargo to allow plaintiff and Wells Fargo time to finalize a settlement agreement.

WHEREFORE, Wells Fargo respectfully requests that the Court strike all deadlines applicable to Wells Fargo.

DATED: May 20, 2022

Respectfully submitted,

K&L GATES LLP

By: *s/Elizabeth H. White*
Elizabeth H. White, OSB #204729
Email: elizabeth.white@klgates.com

Andrew C. Glass
Email: andrew.glass@klgates.com
Gregory N. Blase
Email: gregory.blase@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel.: (617) 261-3100

*Attorneys for Defendant Wells Fargo Bank, N. A.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of **DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STRIKE DEADLINES** to be served upon all counsel of record to this matter on May 20, 2022, via the Court's CM/ECF System.

DATED: May 20, 2022

          *s/Elizabeth H. White*
          Elizabeth H. White, OSB #204729
          Email: elizabeth.white@klgates.com