**Elizabeth H. White**, OSB #204729
elizabeth.white@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.:  (503) 228-3200

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CONNIE ANN ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00738-YY<br><br>**PLAINTIFF CONNIE ANN ANDERSON AND DEFENDANT WELLS FARGO BANK, N.A.'S JOINT STIPULATION OF DISMISSAL** |

　　　　Plaintiff Connie Ann Anderson and defendant Wells Fargo Bank, N.A., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of this action as to Wells Fargo Bank, N.A., with prejudice, with waiver by each party of any right to appeal the dismissal, and with each party to this action to bear his or its own attorneys' fees, expenses, and costs.

　　　　///

Page 1 – JOINT STIPULATION OF DISMISSAL

Dated: July 27, 2022.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **SCHUMACHER LANE PLLC** | **K&L GATES LLP** |
| */s/ Kyle Schumacher* | */s/ Elizabeth H. White* |
| Kyle Schumacher, OSB #121887 | Elizabeth H. White, OSB #204729 |
| P.O. Box 558 | One SW Columbia Street, Suite 1900 |
| Spring Branch, TX 78070 | Portland, OR 97204 |
| Tel.: 503-482-8137 | Tel.: (503) 228-3200 |
| Email: Kyle@schumacherlane.com | Email: elizabeth.white@klgates.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Page 2 – JOINT STIPULATION OF DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record to this matter via the Court's CM/ECF System.

DATED this 27th day of July, 2022.

                                          K&L GATES LLP

                                          By:  *s/Elizabeth H. White*
                                          Elizabeth H. White, OSB #204729